UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

-V-

JOSE F. ORTIZ
aka:  Julio Mesa
aka:  Jose Barnet

Case No. 6:06-CR-204-ORL-22DAB

_____/

**ACCEPTANCE OF PLEA OF GUILTY AND ADJUDICATION OF GUILT**

Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there has been no timely objection, the plea of guilty of the defendant to Count One of the Information is now accepted and the defendant is adjudged guilty of such offense.  A sentencing hearing has been scheduled for January 31, 2007, under separate notice.

**DONE** and **ORDERED** at Orlando, Florida, on December 7, 2006.

_____
ANNE C. CONWAY
United States District Judge

Copies to:
U. S. Magistrate Judge Baker
Counsel of Record
U. S. Probation Office